## MAYFIELD et al. v. FEDERAL RESERVE BANK OF ATLANTA.

(Circuit Court of Appeals, Fourth Circuit. January 10, 1924.)

No. 2124.

In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston; Henry A. Middleton Smith, Judge.

Action at law by the Federal Reserve Bank of Atlanta against J. K. Mayfield and others. Judgment for plaintiff, and defendants bring error. Affirmed.

· J. F. Carter and J. Wesley Crum, both of Bamberg, S. C. (Carter, Carter & Kearse, of Bamberg, S. C., on the brief), for plaintiffs in error.

Remer L. Denmark of Savannah, Ga. (Hollis N. Randolph, of Atlanta, Ga., Hagood, Rivers & Young, of Charleston, S. C., and Hitch, Denmark & Lovett, of Savannah, Ga., on the brief), for defendant in error.

Before WOODS, WADDILL, and ROSE, Circuit Judges.

· ROSE, Circuit Judge. The Federal Reserve Bank of Atlanta, plaintiff below, recovered judgment against the plaintiffs in error, defendants in the original suit, upon two other of the promissory notes, the history of which is stated in the opinion in Mayfield v. Equitable Trust Co. of New York, 295 Fed. 109, handed down simultaneously herewith.

For the reasons therein stated, the judgment below was right, and is affirmed.